Certificate Number: 15317-PAE-DE-030713095

Bankruptcy Case Number: 13-11383



15317-PAE-DE-030713095

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 13, 2018, at 2:44 o'clock PM PDT, Sandra T Lightfoot completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  March 13, 2018               By:    /s/Mariel Macrohon

                                    Name:  Mariel Macrohon

                                    Title: Counselor