UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| | : | |
| In re | : | Case No.  13 - 11383 |
| Sandra T. Lightfoot | : | (Chapter 13) |
| Debtor. | : | |
| | : | Hon. Jean K. FitzSimon |
| | : | |

## Debtor's Reply to Mortgage Company's Response

AND NOW, comes Debtor, Sandra T. Lightfoot, by and through her attorney, Ronald G. McNeil, Esquire, hereby supplements her motion for a determination of post-petition payments, and, as reasons therefor, states as follows:

Debtor states that if we accept the attachment to Mortgage Company ("Wilmington") Response to Final Cure Payment, the shortage is $1,497.08.

Debtor has attached payments from 3/1/2013 - 7/16/2014     $8,292.69
Wilmington's 9/6/2018 chart shows Debtor payments
     (excluding Trustee payments) of     $28,609.20
        - - - - - - - - - - -
        $36,901.89.

What is due:

|  | start date | amount due | # of months | total |
|---|---|---|---|---|
| a) | 3/1/2013 | $592.21 | (31)  = | 18,358.51; |
| b) | 10/1/2015 | 516.24 | (11) | 5,678.64; |
| c) | 9/1/2016 | 537.74 | (11) | 5,915.14; |
| d) | 8/1/2017 | 537.71 | (12) | 6,452.52; |
| e) | 8/1/2018 | 664.72 | (3) | 1,994.16. |
| | | | 68 | 38,398.97. |

Shortage of $1,497.08

Respectfully submitted,

 /s/ Ronald G. McNeil
Ronald G. McNeil, Esquire
Attorney for Debtor
DATE: October 23, 2018







# Wells Fargo Online®



Accounts | Bill Pay | Transfers | Brokerage | Account Services | Messages & Alerts | Products & Offers

Bill Pay Overview | Payments | Payees | eBills | Reports | Notices | User Profile

< Back to Previous Page

## Payment Details

? Help

You need Adobe Reader to read PDF files. Download Adobe Reader for free.

### RoundPoint Mortg (Account Number xxxxxx3021)

| Payment Account | Send On | Payee Name and Address | Amount | Payment Type # Reference | Deliver By Check Number Stop/Return |
|---|---|---|---|---|---|
| XXXXXXXX0071 WELLS FARGO AT WOR | 07/03/2013 | ROUNDPOINT MORTGAGE SERVICING PO BOX 674150 DALLAS, TX 75267 - 4150 | $589.06 | KBA93DVQ | |

**Name on Account** SANDRA LIGHTFOOT-HAMIEL

**Payment Type** Electronic

**Deliver By** 07/08/2013

**Status** Payment Processed on 07/03/2013    Proof of Payment

**Transaction Details**

**Questions about this payment?**
Inquire about your payment

---

Accounts | Bill Pay | Transfers | Brokerage | Account Services | Messages & Alerts | Products & Offers

Bill Pay Overview | Payments | Payees | eBills | Reports | Notices | User Profile

Home | Locations | Contact Us | Privacy, Security  &  Legal | Sign Off

⊠ Equal Housing Lender
© 2001-2014 Wells Fargo. All rights reserved.

### Payments Help

To report a problem with a payment in Payment Processed, Check Cashed or Stop/Return status, select the Inquire about your payment link. We recommend that you wait until after the Deliver By date to verify whether the payee received the payment.

Learn more about:
Address on File
Payment Type
Check Number
Deliver By
Stop/Return

---

Accounts | Bill Pay | Transfers | Brokerage | Account Services | Messages & Alerts | Products & Offers

Bill Pay Overview | Payments | Payees | eBills | Reports | Notices | User Profile

*JUNE 2013*



SANDRA HAMIEL #3

Sign Off | Home | Locations | Contact Us | Online Security Guarantee

WELLS FARGO

Wells Fargo Online®

July

Accounts | Bill Pay | Transfers | Brokerage | Account Services | Messages & Alerts | Products & Offers

Bill Pay Overview | Payments | Payees | eBills | Reports | Notices | User Profile

< Back to Previous Page

# Payment Details

Help

You need Adobe Reader to read PDF files. Download Adobe Reader for free.

**RoundPoint Mortg** (Account Number xxxxxx3021)

| Payment Account | Send On | Payee Name and Address | Amount | Reference # |
|---|---|---|---|---|
| XXXXXXXXX0071 WELLS FARGO AT WOR | 07/29/2013 | ROUNDPOINT MORTGAGE SERVICING PO BOX 674150 DALLAS, TX 75267 - 4150 | $589.06 | 5BI9Q3NI |

**Name on Account** SANDRA LIGHTFOOT-HAMIEL
**Payment Type** Electronic
**Deliver By** 07/31/2013
**Status** Payment Processed on 07/29/2013
**Transaction Details** Proof of Payment

**Questions about this payment?**
Inquire about your payment

**Payments Help**

To report a problem with a payment in Payment Processed, Check Cashed or Stop/Return status, select the Inquire about your payment link. We recommend that you wait until after the Deliver By date to verify whether the payee received the payment.

Learn more about:
Address on File
Payment Type
Check Number
Deliver By
Stop/Return

Bill Pay Overview | Payments | Payees | eBills | Reports | Notices | User Profile
Accounts | Bill Pay | Transfers | Brokerage | Account Services | Messages & Alerts | Products & Offers

Home | Locations | Contact Us | Privacy, Security & Legal | Sign Off

Equal Housing Lender

© 2001-2014 Wells Fargo. All rights reserved.

Sept 2013



Shawn Hamel

Single Check

176

10-14-13

RoundPoint Mortgage Serv. Corp.

Five Hundred Eighty-Nine

STORE YOUR DUPLICATE CHECKS IN YOUR CHECK BOX.

☑ Track your expenses...
☐ Clothing        ☐ Transportation
☐ Food           ☐ Utilities
☐ Credit Card     ☐ Mortgage
☐ Entertainment   ☐ Insurance
☐ Other:

☐ TAX-DEDUCTIBLE ITEM

BALANCE
FORWARD

THIS ITEM    589.00

BALANCE

DEPOSIT

OTHER

BALANCE
FORWARD

NOT NEGOTIABLE

For added security, your name and account number do not appear on this copy.

10/29/2013   Check 176



# Wells Fargo Online®

| Accounts | Bill Pay | Transfers | Brokerage | Account Services | Messages & Alerts | Products & Offers |

| Bill Pay Overview | Payments | Payees | eBills | Reports | Notices | User Profile |

< Back to Previous Page

## Payment Details

☑ Help

### RoundPoint Mortg (Account Number xxxxxx3021)

| Payment Account | Send On | Payee Name and Address | Reference # | Amount | Check Number | Stop/Return |
|---|---|---|---|---|---|---|
| XXXXXXXXX0071 WELLS FARGO AT WOR | 11/19/2013 | ROUNDPOINT MORTGAGE SERVICING PO BOX 674150 DALLAS, TX 75267 -4150 | HB89W4AN | $689.06 | | |

**Address on File**
Learn more about...

**Payments Help**

To report a problem with a payment in Payment Processed, Check Cashed or Stop/Return status, select the Inquire about your payment link. We recommend that you wait until the Deliver By date to verify whether the payee received the payment.

| Name on Account | SANDRA LIGHTFOOT-HAMIEL |
| Payment Type | Electronic |
| Deliver By | 11/21/2013 |
| Status | Payment Processed on 11/19/2013 |
| Transaction Details | Proof of Payment |

**Questions about this payment?**
Inquire about your payment

| Bill Pay Overview | Payments | Payees | eBills | Reports | Notices | User Profile |

| Accounts | Bill Pay | Transfers | Brokerage | Account Services | Messages & Alerts | Products & Offers |

Home | Locations | Contact Us | Privacy, Security & Legal | Sign Off

☑ **Equal Housing Lender**

© 2001-2014 Wells Fargo. All rights reserved.

Online Banking

Bank of America

**Adv Tiered Interest Chkg - 7927: Account Activity Transaction Details**

DEC 2013 pmt
#9

| | |
|---|---|
| **Check number:** | 0000000178 |
| **Post date:** | 01/07/2014 |
| **Amount:** | -592.51 |
| **Type:** | Check |
| **Description:** | Check |



SHAWN HAMIEL
6001 N WATER STREET
PHILADELPHIA, PA 19120

13 3021

80-7269/2313

999

Date 1-15-14

Pay to the Order of RoundSPoinT Mortgage Servicing Corp    $ 592.21

Five Hundred Ninety-two                                   Dollars

Sovereign Bank, N.A.
PART OF THE SANTANDER GROUP

Memo 0836

Shawn Hamiel

⑆231372691⑆    ⑈057⑈0999

01/# SAN 30H



**Bank of America** Online Banking

#11

**Adv Tiered Interest Chkg - 7927: Account Activity Transaction Details**

This is FEB 2014 payment

[redacted]

| | |
|---|---|
| **Check number:** | 00000000180 |
| **Post date:** | 03/05/2014 |
| **Amount:** | -592.21 |
| **Type:** | Check |
| **Description:** | Check |

Put the wrong date

Bank of America Advantage
SHAWN HAMIEL
6001 N WATER ST
PHILADELPHIA PA 19120-2014
180
3-16-14
Date
Pay to the order of Roundpoint Mortgage servicing corp $ 592.21
Five hundred & ninety-two dollars fifteen one cents Dollars
Bank of America
ACH R/T [redacted] 0836
Memo Mortgage payment
Shawn Hamiel
⑆031202084⑆ [redacted] 7927⑈0180

Bank of America — Online Banking

#13

**Adv Tiered Interest Chkg - 7927: Account Activity Transaction Details**

April 2014

**Check number:** 00000000183

**Post date:** 04/24/2014

**Amount:** -592.21

**Type:** Check

**Description:** Check

SHAWN HAMIEL
6001 N WATER ST
PHILADELPHIA PA 19120-2014

183
60-208/312 PA
34101

Date 4-20-14

Pay to the order of Roundpoint Mortgage Servicing Corp $ 592.21

Five hundred & ninety two dollars & twenty one cents Dollars

Bank of America

ACH R/T 031202084 [redacted]9836

Advantage

Memo Mortgage payment

Shawn Hamiel

⑆031202084⑆ [redacted]7927⑈0183

**Bank of America**

Online Banking

#12

**Adv Tiered Interest Chkg - 7927: Account Activity Transaction Details**

MARCH PAYMENT

**Check number:** 00000000181

**Post date:** 04/28/2014

**Amount:** -592.21

**Type:** Check

**Description:** Check

[redacted]

SHAWN HAMIEL
6001 N WATER ST
PHILADELPHIA PA 19120-2014

13

[redacted] 8302/ 181 8M

MAR 2 4 2014
March 16 2014
Date

Pay to the order of RoundPoint Mortgage Servicing Corp. $ 592.21
Five Hundred Ninety-two 21/xx Dollars

Bank of America

APR 0 4 2014 Advantage

Memo Loan# [redacted] 48-36

⑆031202084⑆ [redacted] 7927⑈0181

#15

**Bank of America** Online Banking

**Adv Tiered Interest Chkg - 7927: Account Activity Transaction Details**

**Check number:** 00000000185

**Post date:** 07/30/2014

**Amount:** -592.21

**Type:** Check

**Description:** Check

SHAWN HAMIEL
5001 N WATER ST
PHILADELPHIA PA 19120-2014
185
6-16-14 Date
Pay to the order of Roundpoint Mortgage Servicing corp $ 592.21
Five hundred & ninty-two dollars & twent one cents Dollars
Bank of America
Acct [redacted] 08:36
Advantage
Memo Mortgage for June 2014
⑆031202084⑆ [redacted] 7927⑈0185

For Deposit Only to
Roundpoint Mortgage Servicing Cor
ROUNDPOINT MORTGAGE SERVICIN
Master
Deposited by: EVA
Date: 07/30/14
Seq: 24
Dep: 025531

DO NOT WRITE — STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

SerialNumber:1033 CaptureSite:1033 DBcr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-
CaptureDate:07/31/2014 Account: 1057 AltAcct: 1057 Amount:$592.21 RT:231372691 TC:90 OrigTC:0

SHAWN HAMIEL                                          1033
                                                     60-7269/2313

                                        DATE 7-16-14

PAY TO THE
ORDER OF  RoundPoint mortgage servicing corp  $ 592.21

Five hundred & ninty two dollars & twenty one cents  DOLLARS

PREMIER
BANKING
Santander Bank, N.A. Loan 4

MEMO  July mortgage payment  Shawn Hamiel

⑆231372691⑈  1057⑆1033

#16





ENDORSE HERE
X
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE
★

CR TO ACCT OF THE PAYEE ABSENCE OF ENDORSE GTD
WFNA LBX 4765535673-602814-612-9-09-17-2014

---

SerialNumber:1041 CaptureSite:640 DBcr:D EndPoint:D AdjustmentFlag:- Onus\Transit:-
CaptureDate:09/17/2014 Account: ███ 1057 AltAcct: ███ 1057 Amount:$592.21 RT:231372691 TC:90 OrigTC:0

1041

SHAWN HAMIEL

60-7269/2313

DATE 9-8-14

PAY TO THE
ORDER OF  To Prime State if Endi Trust      $ 592.21

Five hundred ninty two dollars & twenty one cent ... DOLLARS

Santander
PREMIER
BANKING

Santander Bank, N.A. Acf#  ███  6605

MEMO  Mortgage payment September Shawn Hamiel

⑆231372691⑆  1057 ⑈1041



SerialNumber:1045 CaptureSite:640 Dbcr:D Endpoint:0 AdjustmentFlag:- Onus\Transit:-
CaptureDate:10/14/2014 Account: 1057 AltAcct: 1057 Amount:$592.21 RT:231372691 TC:90 OrigTC:0

**SHAWN HAMIEL**                                              1045
                                                      60-7269/2313

DATE 10-5-14

PAY TO THE
ORDER OF     Rima Star-H Fund I Trust          |  $ 592.21

Five hundred Ninty Two dollars & thirty one cent       DOLLARS

Santander                                    PREMIER
                                             BANKING

Santander Bank, N.A. Acct#
6605
MEMO Mortgage payment 10-1-14              Shawn Hamiel

⑆231372691⑆ 2⑈01766⑈1057⑈ 1045

⑆231372691⑆ 2⑈01766⑈1057⑈ MP

ENDORSE HERE

CR TO ACCT OF PAYEE ABSENCE OF ENDORSE GTD
WFNA LBX 41 41083573-602814-670-2-10-14-2014





**PAYMENT CHANGES**

| DATE | P&I | Taxes | Insurance | MI | Total |
|---|---|---|---|---|---|
| 03/01/13 | | | | | 592.21 |
| 10/01/15 | | | | | 516.24 |
| 09/01/16 | | | | | 537.74 |
| 03/01/17 | | | | | 1,251.05 |
| 08/01/17 | | | | | 537.71 |
| 08/01/18 | | | | | 664.73 |

Loan#:
Borrower: Lightfoot
Date Filed: 2/18/2013
First Post Petition
Due Date: 3/1/2013
POC covers: POC filed by DA for $6670.08

| Date | Amount Recv'd | Post Petition Due Date | Contractual Due Date | Amount Due | Over/Shortage | Suspense Credit | Suspense Debit | Susp Balance | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | APO Arrears Credit | APO Debit | APO Suspense Balance | APO Paid to Date | Fee/Escrow Deposit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Missing History from 2/1/13 thru 8/1/14 | | | | | $0.00 | | | $0.00 | | | | $0.00 | | | | $0.00 | |
| 2/18/2013 | Based on a payoff created by Roundpoint the POC should have been filed for the 3/1/12 thru 2/1/13 payments. Payment amounts were not listed in the payoff quote | | | | $0.00 | | | $0.00 | | | | $0.00 | | | | $0.00 | |
| 2/21/2014 | Roundpoint Files an MFR for the 3/1/13 thru 2/1/14 payments | | | | $0.00 | | | $0.00 | | | | $0.00 | | | | $0.00 | |
| 8/26/2014 | APO entered resolving the MFR - APO was entered for the 1/1/14 thru 6/1/14 payments - Ongoing to resume 7/1/14 with 6 payments of 497.14 from 6/1/14 thru 11/1/14 - Debtor to supply Roundpoint with proof of payment for the payments 3/1/13 thru 4/1/14 - Stip has payment proof for 5/1/14 thru 7/1/14. Cannot confirm if payment from May 2014 thru July 2014 were in fact made | | | | $0.00 | | | $0.00 | | | | $0.00 | | | | $0.00 | |
| 8/18/2014 | $592.21 | | | | $592.21 | $592.21 | | $592.21 | | | | $0.00 | | | | $0.00 | |
| 8/29/2014 | $274.94 | | | | $274.94 | $274.94 | | $867.15 | | | | $0.00 | | | | $0.00 | |
| 9/17/2014 | $592.21 | | | | $592.21 | $592.21 | | $1,459.36 | | | | $0.00 | | | | $0.00 | |
| 10/14/2014 | $592.21 | | | | $592.21 | $592.21 | | $2,051.57 | | | | $0.00 | | | | $0.00 | |
| 11/17/2014 | $592.21 | | | | $592.21 | $592.21 | | $2,643.78 | | | | $0.00 | | | | $0.00 | |
| 12/30/2014 | | Trustee payment | | | $0.00 | | | $2,643.78 | $260.49 | | | $260.49 | $260.49 | | | $0.00 | |
| 2/2/2015 | | Trustee payment | | | $0.00 | | | $2,643.78 | $291.41 | | | $551.90 | $551.90 | | | $0.00 | |
| 2/25/2015 | | 8/1/14 | 8/1/12 | $592.21 | -$592.21 | | $592.21 | $2,051.57 | | | | $551.90 | $551.90 | | | $0.00 | |
| 2/25/2015 | | 9/1/14 | 9/1/12 | $592.21 | -$592.21 | | $592.21 | $1,459.36 | | | | $551.90 | $551.90 | | | $0.00 | |
| 3/2/2015 | | Trustee payment | | | $0.00 | | | $1,459.36 | $269.00 | | | $820.90 | $820.90 | | | $0.00 | |
| 4/28/2015 | | Trustee payment | | | $0.00 | | | $1,459.36 | $448.33 | | | $1,269.23 | $1,269.23 | | | $0.00 | |
| 5/4/2015 | $592.21 | | | | $592.21 | $592.21 | | $2,051.57 | | | | $1,269.23 | $1,269.23 | | | $0.00 | |
| 5/4/2015 | $592.21 | | | | $592.21 | $592.21 | | $2,643.78 | | | | $1,269.23 | $1,269.23 | | | $0.00 | |
| 5/18/2015 | | 10/1/14 | 10/1/12 | $592.21 | -$592.21 | | $592.21 | $2,051.57 | | | | $1,269.23 | $1,269.23 | | | $0.00 | |
| 5/18/2015 | | 11/1/14 | | $592.21 | -$592.21 | | $592.21 | $1,459.36 | | | | $1,269.23 | $1,269.23 | | | $0.00 | |
| 5/18/2015 | | 12/1/14 | | $592.21 | -$592.21 | | $592.21 | $867.15 | | | | $1,269.23 | $1,269.23 | | | $0.00 | |
| 5/18/2015 | | 1/1/15 | | $592.21 | -$592.21 | | $592.21 | $274.94 | | | | $1,269.23 | $1,269.23 | | | $0.00 | |
| 5/20/2015 | $448.33 | Trustee payment | | | $448.33 | | | $274.94 | $448.33 | | | $1,717.56 | $1,717.56 | | | $0.00 | |
| 6/8/2015 | | Pre payment applied | 11/1/12 | | $0.00 | | | $274.94 | | $1,251.07 | $466.49 | $1,717.56 | | | | $0.00 | |
| 6/8/2015 | | Repay escrow | | | $0.00 | | | $274.94 | | $466.49 | $0.00 | $1,717.56 | | | | $0.00 | |
| 6/22/2015 | $4,166.97 | 2/1/15 | 12/1/12 | $592.21 | $3,574.76 | $3,574.76 | | $3,849.70 | | | | $0.00 | $1,717.56 | | | $0.00 | |
| 6/22/2015 | | 3/1/15 | 1/1/13 | $592.21 | -$592.21 | | $592.21 | $3,257.49 | | | | $0.00 | $1,717.56 | | | $0.00 | |
| 6/22/2015 | | 4/1/15 | | $592.21 | -$592.21 | | $592.21 | $2,665.28 | | | | $0.00 | $1,717.56 | | | $0.00 | |
| 6/22/2015 | | 5/1/15 | | $592.21 | -$592.21 | | $592.21 | $2,073.07 | | | | $0.00 | $1,717.56 | | | $0.00 | |
| 6/22/2015 | | 6/1/15 | | $592.21 | -$592.21 | | $592.21 | $1,480.86 | | | | $0.00 | $1,717.56 | | | $0.00 | |
| 6/22/2015 | | APO funds | | | $0.00 | $1,480.86 | | $0.00 | | | | $0.00 | $1,717.56 | $1,480.86 | | $1,480.86 | $1,480.86 | |
| 6/22/2015 | | Trustee payment | | | $0.00 | | | $0.00 | $106.23 | | | $106.23 | $1,823.79 | | | $1,480.86 | $1,480.86 | |
| 7/31/2015 | $592.21 | | | | $592.21 | $592.21 | | $592.21 | | | | $106.23 | $1,823.79 | | | $1,480.86 | $1,480.86 | |
| 8/21/2015 | $521.78 | 7/1/15 | 2/1/13 | $592.21 | -$70.43 | | $70.43 | $521.78 | | | | $106.23 | $1,823.79 | | | $1,480.86 | $1,480.86 | |
| 9/11/2015 | $592.21 | | | | $592.21 | $592.21 | | $1,113.99 | | | | $106.23 | $1,823.79 | | | $1,480.86 | $1,480.86 | |
| 9/23/2015 | $1,151.39 | 8/1/15 | 3/1/13 | $592.21 | $559.18 | $559.18 | | $1,673.17 | | | | $106.23 | $1,823.79 | | | $1,480.86 | $1,480.86 | |
| 9/23/2015 | | APO paid in Full | | | $0.00 | | $1,501.94 | $171.23 | | | | $106.23 | $1,823.79 | $1,501.94 | | $2,982.80 | $2,982.80 | |
| 10/27/2015 | | Trustee payment | | | $0.00 | | | $171.23 | $260.32 | | | $366.55 | $2,084.11 | | | $2,982.80 | $2,982.80 | |
| 11/2/2015 | $592.21 | 9/1/15 | 4/1/13 | $592.21 | $0.00 | | | $171.23 | | | | $366.55 | $2,084.11 | | | $2,982.80 | $2,982.80 | |
| 11/2/2015 | $516.24 | | | | $516.24 | $516.24 | | $687.47 | | | | $366.55 | $2,084.11 | | | $2,982.80 | $2,982.80 | |
| 11/24/2015 | $516.14 | | | | $516.14 | $516.14 | | $1,203.61 | | | | $366.55 | $2,084.11 | | | $2,982.80 | $2,982.80 | |
| 12/1/2015 | $303.71 | Trustee payment | | | $303.71 | | | $1,203.61 | $303.71 | | | $670.26 | $2,387.82 | | | $2,982.80 | $2,982.80 | |
| 12/3/2015 | | 10/1/15 | 5/1/15 | $516.24 | -$516.24 | | $516.24 | $687.37 | | | | $670.26 | $2,387.82 | | | $2,982.80 | $2,982.80 | |
| 1/6/2016 | | Trustee payment | | | $0.00 | | | $687.37 | $1,288.58 | | | $1,958.84 | $3,676.40 | | | $2,982.80 | $2,982.80 | |
| 1/6/2016 | | Repay escrow | | | $0.00 | | | $687.37 | | $1,958.84 | | $0.00 | $3,676.40 | | | $2,982.80 | $2,982.80 | |
| 1/12/2016 | $516.24 | 11/1/15 | 6/1/13 | $516.24 | $0.00 | | | $687.37 | | | | $0.00 | $3,676.40 | | | $2,982.80 | $2,982.80 | |
| 2/11/2016 | $516.24 | 12/1/15 | 7/1/13 | $516.24 | $0.00 | | | $687.37 | | | | $0.00 | $3,676.40 | | | $2,982.80 | $2,982.80 | |
| 3/14/2016 | $516.24 | | | | $516.24 | $516.24 | | $1,203.61 | | | | $0.00 | $3,676.40 | | | $2,982.80 | $2,982.80 | |
| 4/18/2016 | $516.24 | | | | $516.24 | $516.24 | | $1,719.85 | | | | $0.00 | $3,676.40 | | | $2,982.80 | $2,982.80 | |
| 5/3/2016 | | Trustee payment | | | $0.00 | | | $1,719.85 | $392.22 | | | $392.22 | $4,068.62 | | | $2,982.80 | $2,982.80 | |
| 5/3/2016 | | Repay Advances | | | $0.00 | | | $1,719.85 | | $392.22 | | $0.00 | $4,068.62 | | | $2,982.80 | $2,982.80 | |
| 5/19/2016 | $516.24 | 1/1/16 | 8/1/13 | $516.24 | $0.00 | | | $1,719.85 | | | | $0.00 | $4,068.62 | | | $2,982.80 | $2,982.80 | |
| 6/1/2016 | $217.90 | Trustee payment | | | $217.90 | | | $1,719.85 | $217.90 | | | $217.90 | $4,286.52 | | | $2,982.80 | $2,982.80 | |
| 6/1/2016 | | Repay Advances | | | $0.00 | | | $1,719.85 | | $217.90 | | $0.00 | $4,286.52 | | | $2,982.80 | $2,982.80 | |
| 6/21/2016 | $516.24 | | | | $516.24 | $516.24 | | $2,236.09 | | | | $0.00 | $4,286.52 | | | $2,982.80 | $2,982.80 | |
| 7/22/2016 | $516.24 | 02/01/16 | 9/1/13 | $516.24 | $0.00 | | | $2,236.09 | | | | $0.00 | $4,286.52 | | | $2,982.80 | $2,982.80 | |
| 7/26/2016 | $543.20 | Trustee payment | | | $543.20 | | | $2,236.09 | $543.20 | | | $543.20 | $4,829.72 | | | $2,982.80 | $2,982.80 | |
| 7/26/2016 | | Repay Advances | | | $0.00 | | | $2,236.09 | | $543.20 | | $0.00 | $4,829.72 | | | $2,982.80 | $2,982.80 | |
| 8/26/2016 | $516.24 | 03/01/16 | | $516.24 | $0.00 | | | $2,236.09 | | | | $0.00 | $4,829.72 | | | $2,982.80 | $2,982.80 | |
| 9/29/2016 | $516.24 | 04/01/16 | | $516.24 | $0.00 | | | $2,236.09 | | | | $0.00 | $4,829.72 | | | $2,982.80 | $2,982.80 | |
| 9/29/2016 | | 05/01/16 | | $516.24 | -$516.24 | | $516.24 | $1,719.85 | | | | $0.00 | $4,829.72 | | | $2,982.80 | $2,982.80 | |
| 9/29/2016 | | 06/01/16 | | $516.24 | -$516.24 | | $516.24 | $1,203.61 | | | | $0.00 | $4,829.72 | | | $2,982.80 | $2,982.80 | |
| 9/29/2016 | | 07/01/16 | | $516.24 | -$516.24 | | $516.24 | $687.37 | | | | $0.00 | $4,829.72 | | | $2,982.80 | $2,982.80 | |
| 9/29/2016 | | 08/01/16 | | $516.24 | -$516.24 | | $516.24 | $171.13 | | | | $0.00 | $4,829.72 | | | $2,982.80 | $2,982.80 | |
| 12/5/2016 | $527.62 | | | | $527.62 | $527.62 | | $698.75 | | | | $0.00 | $4,829.72 | | | $2,982.80 | $2,982.80 | |
| 12/28/2016 | | Trustee payment | | | $0.00 | | | $698.75 | $932.65 | | | $932.65 | $5,762.37 | | | $2,982.80 | $2,982.80 | |
| 1/18/2017 | $527.62 | | | | $527.62 | $527.62 | | $1,226.37 | | | | $932.65 | $5,762.37 | | | $2,982.80 | $2,982.80 | |
| 1/18/2017 | $2,409.60 | 09/01/16 | 10/1/13 | $537.74 | $1,871.86 | | | $1,226.37 | | | | $932.65 | $5,762.37 | | | $2,982.80 | $2,982.80 | |
| 1/18/2017 | | 10/01/16 | 11/1/13 | $537.74 | -$537.74 | | $537.74 | $688.63 | | | | $932.65 | $5,762.37 | | | $2,982.80 | $2,982.80 | |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/18/2017 | | 11/01/16 | | $537.74 | -$537.74 | | $537.74 | $150.89 | | | $932.65 | $5,762.37 | | $2,982.80 | $2,982.80 |
| 1/18/2017 | | 12/01/16 | | $537.74 | -$537.74 | | | $150.89 | | | $932.65 | $5,762.37 | | $2,982.80 | $2,982.80 |
| 2/24/2017 | $527.62 | 01/01/17 | 12/1/13 | $537.74 | -$10.12 | | $10.12 | $140.77 | | | $932.65 | $5,762.37 | | $2,982.80 | $2,982.80 |
| 3/22/2017 | $527.62 | NSF reversal of the 3/22/17 payment | | $527.62 | $527.62 | | | $140.77 | | | $932.65 | $5,762.37 | | $2,982.80 | $2,982.80 |
| 3/29/2017 | | | | $0.00 | | | $527.62 | $140.77 | | | $932.65 | $5,762.37 | | $2,982.80 | $2,982.80 |
| 4/10/2017 | $528.00 | | | | $528.00 | $528.00 | | $668.77 | | | $932.65 | $5,762.37 | | $2,982.80 | $2,982.80 |
| 5/2/2017 | | Trustee payment | | | $0.00 | | | $668.77 | $772.09 | | $1,704.74 | $6,534.46 | | $2,982.80 | $2,982.80 |
| 5/25/2017 | $527.00 | | | | $527.00 | $527.00 | | $1,195.77 | | | $1,704.74 | $6,534.46 | | $2,982.80 | $2,982.80 |
| 6/19/2017 | $528.00 | | | | $528.00 | $528.00 | | $1,723.77 | | | $1,704.74 | $6,534.46 | | $2,982.80 | $2,982.80 |
| 6/23/2017 | | Trustee payment | | | $0.00 | | | $1,723.77 | $97.89 | | $1,802.63 | $6,632.35 | | $2,982.80 | $2,982.80 |
| 8/8/2017 | $537.71 | | | | $537.71 | $537.71 | | $2,261.48 | | | $1,802.63 | $6,632.35 | | $2,982.80 | $2,982.80 |
| 9/6/2017 | $537.71 | 02/01/17 | 1/1/14 | $537.74 | -$0.03 | | $0.03 | $2,261.45 | | | $1,802.63 | $6,632.35 | | $2,982.80 | $2,982.80 |
| 9/6/2017 | | 03/01/17 | 2/1/14 | $537.74 | -$537.74 | | $537.74 | $1,723.71 | | | $1,802.63 | $6,632.35 | | $2,982.80 | $2,982.80 |
| 11/1/2017 | $537.71 | | | | $537.71 | | | $1,723.71 | | | $1,802.63 | $6,632.35 | | $2,982.80 | $2,982.80 |
| 12/4/2017 | $539.00 | 04/01/17 | 3/1/14 | $537.74 | $1.26 | | $712.05 | $1,011.66 | | | $1,802.63 | $6,632.35 | | $2,982.80 | $2,982.80 |
| 1/9/2018 | $538.00 | | | | $538.00 | $538.00 | | $1,549.66 | | | $1,802.63 | $6,632.35 | | $2,982.80 | $2,982.80 |
| 2/28/2018 | $538.00 | 05/01/17 | 4/1/14 | $537.74 | $0.26 | $0.26 | | $1,549.92 | | | $1,802.63 | $6,632.35 | | $2,982.80 | $2,982.80 |
| 2/28/2018 | | 06/01/17 | | $537.74 | -$537.74 | | $537.74 | $1,012.18 | | | $1,802.63 | $6,632.35 | | $2,982.80 | $2,982.80 |
| 2/28/2018 | | 07/01/17 | | $537.74 | -$537.74 | | $537.74 | $474.44 | | | $1,802.63 | $6,632.35 | | $2,982.80 | $2,982.80 |
| 8/27/2018 | $2,682.00 | 08/01/17 | 5/1/14 | $537.71 | $2,144.29 | $2,144.29 | | $2,618.73 | | | $1,802.63 | $6,632.35 | | $2,982.80 | $2,982.80 |
| 8/27/2018 | | 09/01/17 | 6/1/14 | $537.71 | -$537.71 | | $537.71 | $2,081.02 | | | $1,802.63 | $6,632.35 | | $2,982.80 | $2,982.80 |
| 8/27/2018 | | 10/01/17 | 7/1/14 | $537.71 | -$537.71 | | $537.71 | $1,543.31 | | | $1,802.63 | $6,632.35 | | $2,982.80 | $2,982.80 |
| 8/27/2018 | | 11/01/17 | 8/1/14 | $537.71 | -$537.71 | | $537.71 | $1,005.60 | | | $1,802.63 | $6,632.35 | | $2,982.80 | $2,982.80 |
| 8/27/2018 | | 12/01/17 | | $537.71 | -$537.71 | | $537.71 | $467.89 | | | $1,802.63 | $6,632.35 | | $2,982.80 | $2,982.80 |
| Past Due payment | | 01/01/18 | | $537.71 | -$537.71 | | | $467.89 | | | $1,802.63 | $6,632.35 | | $2,982.80 | $2,982.80 |
| Past Due payment | | 02/01/18 | | $537.71 | -$537.71 | | | $467.89 | | | $1,802.63 | $6,632.35 | | $2,982.80 | $2,982.80 |
| Past Due payment | | 03/01/18 | | $537.71 | -$537.71 | | | $467.89 | | | $1,802.63 | $6,632.35 | | $2,982.80 | $2,982.80 |
| Past Due payment | | 04/01/18 | | $537.71 | -$537.71 | | | $467.89 | | | $1,802.63 | $6,632.35 | | $2,982.80 | $2,982.80 |
| Past Due payment | | 05/01/18 | | $537.71 | -$537.71 | | | $467.89 | | | $1,802.63 | $6,632.35 | | $2,982.80 | $2,982.80 |
| Past Due payment | | 06/01/18 | | $537.71 | -$537.71 | | | $467.89 | | | $1,802.63 | $6,632.35 | | $2,982.80 | $2,982.80 |
| Past Due payment | | 07/01/18 | | $537.71 | -$537.71 | | | $467.89 | | | $1,802.63 | $6,632.35 | | $2,982.80 | $2,982.80 |
| Past Due payment | | 08/01/18 | | $664.73 | -$664.73 | | | $467.89 | | | $1,802.63 | $6,632.35 | | $2,982.80 | $2,982.80 |
| Past Due payment | | 09/01/18 | | $664.73 | -$664.73 | | | $467.89 | | | $1,802.63 | $6,632.35 | | $2,982.80 | $2,982.80 |
| | | | | | $0.00 | | | $467.89 | | | $1,802.63 | $6,632.35 | | $2,982.80 | $2,982.80 |
| | | | | | $0.00 | | | $467.89 | | | $1,802.63 | $6,632.35 | | $2,982.80 | $2,982.80 |
| | | | | | $0.00 | | | $467.89 | | | $1,802.63 | $6,632.35 | | $2,982.80 | $2,982.80 |