*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Sandra T. Lightfoot
    Debtor(s)

Case No: 13−11383−jkf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon, United States Bankruptcy Judge to consider:

Motion for Relief from Stay 6001 North Water Street Philadelphia PA 19120 in addition to Motion for Relief from Co−Debtor Stay filed by Wilmington Savings Fund Society, FSB d/b/a Christiana Trust, Not in its Individual Capacity but Solely as Trustee for Brougham Fund I Trust
and

Motion for Determination of Final Cure and Mortgage Payment Filed by Sandra T Lightfoot

    on: 11/13/18

    at: 12:30 PM

    in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 11/5/18

Timothy B. McGrath
Clerk of Court

143 – 114, 137
Form 167