*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Sandra T. Lightfoot
    Debtor(s)

Case No: 13–11383–jkf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon, United States Bankruptcy Judge to consider:

***RESCHEDULING AS TO TIME ONLY***

Motion for Relief from Stay 6001 North Water Street, Philadelphia, PA 19120. in addition to Motion for Relief from Co–Debtor Stay Filed by Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity but solely as Trustee for Brougham Fund I Trust Represented by CHRISTOPHER M. MCMONAGLE (Counsel).

Motion for Determination of Final Cure and Mortgage Payment re: Rule 3002.1 Filed by Sandra T. Lightfoot Represented by RONALD G. MCNEIL (Counsel).

    on: 11/13/18

    at: 03:00 PM

    in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 11/6/18

Timothy B. McGrath
Clerk of Court

144 – 114, 137
Form 167