United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sandra T. Lightfoot  
    Debtor

Case No. 13-11383-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Joan     Page 1 of 1     Date Rcvd: Nov 05, 2018  
                      Form ID: 167     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2018.
```
db              Sandra T. Lightfoot,    6001 No. Water Street,    Philadelphia, PA  19120-2014
sp             +Feeda R. Musitief,    Fine & Staud, LLP,    1333 Race Street,    Philadelphia, PA 19107-1585
cr             +Wilmington Savings Fund Society, FSB,    Stern & Eisenberg, PC,    1581 Main Street,   Suite 200,
                 Warrington, PA 18976-3400
cr             +Wilmington Savings Fund Society, FSB, d/b/a Christ,    The Law Offices of Michelle Ghidotti,
                 5120 E. La Palma,    Suite 206,    Anaheim Hills, CA 92807-2091
13821845       +Wilmington Savings Fund Society,FSB,     d/b/a Christiana Trust,
                 c/o Christopher M. McMonagle, Esquire,    1581 Main Street Suite 200,
                 The Shops at Valley Square,    Warrington, PA 18976-3400
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2018                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2018 at the address(es) listed below:
```
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not in its individual capacity but solely as Trustee for Brougham Fund I Trust
                cmcmonagle@sterneisenberg.com,    bkecf@sterneisenberg.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society, FSB, not in its
               individual capacity but solely as Trustee for the PrimeStar-H Fund I Trust c/o SN SERVICING
               CORP. bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORPORATION
                bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              RONALD G. MCNEIL    on behalf of Debtor Sandra T. Lightfoot r.mcneill@verizon.net
              THOMAS I. PULEO    on behalf of Creditor    Wilmington Savings Fund Society, FSB, not in its
               individual capacity but solely as Trustee for the PrimeStar-H Fund I Trust c/o SN SERVICING
               CORP. tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    Wilmington Saving Fund Society, et al
                wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    Wilmington Savings Fund Society, FSB
                wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Sandra T. Lightfoot
    Debtor(s)

Case No: 13−11383−jkf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

Motion for Relief from Stay 6001 North Water Street Philadelphia PA 19120 in addition to Motion for Relief from Co−Debtor Stay filed by Wilmington Savings Fund Society, FSB d/b/a Christiana Trust, Not in its Individual Capacity but Solely as Trustee for Brougham Fund I Trust
and

Motion for Determination of Final Cure and Mortgage Payment Filed by Sandra T Lightfoot

    on: 11/13/18

    at: 12:30 PM

    in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 11/5/18

Timothy B. McGrath
Clerk of Court

143 − 114, 137
Form 167