United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Sandra T. Lightfoot
    Debtor

Case No. 13-11383-jkf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Apr 05, 2019
                         Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2019.
db         Sandra T. Lightfoot,    6001 No. Water Street,    Philadelphia, PA  19120-2014

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2019 at the address(es) listed below:
            CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
            Christiana Trust, not in its individual capacity but solely as Trustee for Brougham Fund I Trust
            cmcmonagle@sterneisenberg.com,    bkecf@sterneisenberg.com
            JOSHUA ISAAC GOLDMAN    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORPORATION
            bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
            JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society, FSB, not in its
            individual capacity but solely as Trustee for the PrimeStar-H Fund I Trust c/o SN SERVICING
            CORP. bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
            POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
            ecf_frpa@trustee13.com
            RONALD G. MCNEIL    on behalf of Debtor Sandra T. Lightfoot r.mcneill@verizon.net
            SCOTT WATERMAN    ECFmail@fredreiglech13.com,    ECF_FRPA@Trustee13.com
            THOMAS I. PULEO    on behalf of Creditor    Wilmington Savings Fund Society, FSB, not in its
            individual capacity but solely as Trustee for the PrimeStar-H Fund I Trust c/o SN SERVICING
            CORP. tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
            WILLIAM EDWARD MILLER    on behalf of Creditor    Wilmington Savings Fund Society, FSB
            wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
            WILLIAM EDWARD MILLER    on behalf of Creditor    Wilmington Saving Fund Society, et al
            wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
            WILLIAM EDWARD MILLER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
            Christiana Trust, not in its individual capacity but solely as Trustee for Brougham Fund I Trust
            wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
                                                                                                            TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

| | |
|---|---|
| In re: | : Chapter 13 |
| Sandra T. Lightfoot | : Case No. 13–11383–jkf |
| Debtor(s) | |

### *ORDER*
_____

AND NOW, this day , April 5, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

160
Form 195